IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CALVIN WAYNE HOBBS,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | **8:25CV358**<br><br>**JUDGMENT** |

In accordance with the Memorandum and Order entered today (Filing No. 26), judgment is entered in favor of plaintiff Calvin Wayne Hobbs and against defendant Frank Bisignano, Commissioner of Social Security, in the amount of $9,000 in attorney fees and $505 in costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

Dated this 15th day of July 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge